Copyrights-In-Suit for IP Address 24.15.140.239

**ISP:** Comcast Cable
**Location:** Bolingbrook, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girl Like You | PA0001827006 | 02/12/2013 | 02/21/2013 | 02/20/2013 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/23/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/13/2013 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/24/2013 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 02/13/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/20/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/09/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 01/25/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/23/2013 |
| Carla Intimate | PA0001778767 | 02/24/2012 | 02/27/2012 | 02/05/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/24/2013 |
| Constance Aaron X–Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 02/05/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/13/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 04/11/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/06/2013 |
| Good Vibrations | PA0001800359 | 07/02/2012 | 07/09/2012 | 01/25/2013 |
| Grace Angelic | PA0001800022 | 07/09/2012 | 07/11/2012 | 01/25/2013 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 02/05/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/06/2013 |
| Invisible | PA0001826860 | 02/19/2013 | 02/21/2013 | 02/23/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/16/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/05/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 01/25/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 01/23/2013 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 03/05/2013 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 03/24/2013 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/09/2013 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 01/25/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/04/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/09/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/05/2013 |
| Show You My Love | PA0001793969 | 02/16/2011 | 04/14/2012 | 03/04/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/09/2013 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 01/25/2013 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 02/20/2013 |

EXHIBIT B

NIL82

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 01/25/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/04/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/05/2013 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 01/25/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/01/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/23/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 41**

EXHIBIT B

NIL82